## RECONSIDERATION DOCKET

**01–1775.   Chin's Pagoda, Inc. v. Ohio Liquor Control Comm.**

Franklin App. No. 01AP–981. Reported at 93 Ohio St.3d 1471, 757 N.E.2d 770. On motion for reconsideration. Motion denied.

*Wednesday, November 7, 2001*

## MERIT DOCKET

**01–1621.   State ex rel. Inge v. Nuzum.**

In Mandamus. On answer of respondent Rolf Baumgartel, answer of respondent William L. Burton, answer of respondent Judge W.M. Nuzum III, Municipal Court of Marietta, Ohio, motion to dismiss of Judge W.M. Nuzum III, Municipal Court of Marietta, Ohio, and/or motion for judgment on pleadings of Judge W.M. Nuzum III, Municipal Court of Marietta, Ohio. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1636.   State ex rel. Walker v. Rosemarin.**

In Mandamus and Procedendo. On answer of respondents Judge John G. Rosemarin, Paul R. Kidd, and Hamilton Municipal Court, motion to dismiss of Butler County Sheriff Harold Don Gabbard, and motion to strike answer of respondents for failure to provide service. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.